

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   LISA C. CARTIER GIROUX
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada  89101
   702-388-6336
5

6              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
7                        -oOo-

8  UNITED STATES OF AMERICA,         )   CRIMINAL INDICTMENT
                                     )
9           Plaintiff,                )   2:14-CR-265
                                     )
10         vs.                        )   **VIOLATIONS:**
                                     )   18 U.S.C. § 2422(b) – Coercion and
11  RYAN PATRICK MOSKOWITZ,           )   Enticement; and
            Defendant.                )   18 U.S.C. § 2428(a)(1) and (b)(1)(A) -
12  _____  )   Forfeiture Allegation.

13 **THE GRAND JURY CHARGES THAT**:

14
                           COUNT ONE
15         (Coercion and Enticement in Violation of 18 U.S.C. § 2422(b))

16     Between on or about June 4, 2014, and on or about June 10, 2014, in the State and

17 Federal District of Nevada,

18                       RYAN PATRICK MOSKOWITZ,

19 defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, entice

20 and coerce; and attempt to knowingly persuade, induce, entice and coerce, an individual who has

21 not attained the age of 18 years to engage in any sexual activity for which any person can be

22 charged with a criminal offense under federal, state and local law, in violation of 18 USC

23 §2422(b).

24 ...

## FORFEITURE ALLEGATION

1. The allegations of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A).

2. Upon a conviction of the felony offense charged in this Criminal Indictment

**RYAN PATRICK MOSKOWITZ,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to facilitate the commissions of Title 18, United States Code, Section 2422:

a) 2009 Kawasaki motorcycle (VIN JKAZXCE119A024444)

b) Samsung Galaxy smart phone

All pursuant to Title 18, United States Code, Sections 24422 and 2428(a)(1) and (b)(1)(A);

DATED: this 6th day of August, 2014
A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*

LISA C. CARTIER GIROUX
Assistant United States Attorney

2