AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of NEVADA

| | |
|---|---|
| United States of America<br>v.<br><br>RYAN PATRICK MOSKOWITZ<br>*Defendant* | )<br>)  Case No. 2:14-cr-00265-JCM-VCF<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 08/08/14 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 7, 2014

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

              AUG - 7 2014

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____  DEPUTY
```