1  MICHAEL R. PANDULLO
   Nevada Bar No. 10707
2  700 South Third St.
   Las Vegas, Nevada 89101
3  Telephone:  (702) 580-4936
   Fax: (702) 405-0826
4  Email: michael.pandullo@gmail.com
   *Attorney for Defendant Ryan Moskowitz*

5

6                 **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**

7

8  UNITED STATES OF AMERICA,                  Case No. 2:14-CR-00265-JCM-VCF

9                        Plaintiff,
                                              **STIPULATION TO**
10 vs.                                        **CONTINUE SENTENCING**

11 RYAN MOSKOWITZ,                            (Fifth Request)

12                       Defendant.

13     **IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G.

14 BOGDEN, United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney,

15 counsel for the United States of America, and MICHAEL R. PANDULLO, ESQ., counsel for

16 Defendant RYAN MOSKOWITZ, that the sentencing scheduled for May 2, 2016 at the hour of

17 10:00 a.m., be vacated and reset to a date and time convenient to this Court, but in no event any

18 sooner than thirty (30) days.

19     This Stipulation is entered into for the following reasons:

20     1.     Defendant is in custody and does not object to this continuance.

21     2.     Counsel has spoken to Assistant United States Attorney Elham Roohani and she

22            has no opposition to the continuance.

23

24

1

1    3.    The additional time requested herein is not sought for purposes of delay, but

2         merely to allow counsel for Defendant sufficient time within which to effectively

3         and thoroughly prepare for the sentencing hearing.

4    4.    Additionally, denial of this request could result in a miscarriage of justice.

5    5.   This is the fifth request to continue this sentencing hearing.

6

7         DATED this 29th day of April, 2016.

8

9    MICHAEL R. PANDULLO, ESQ.                    DANIEL G. BOGDEN, ESQ.
     ATTORNEY FOR DEFENDANT                       UNITED STATES ATTORNEY

10       /s/ Michael R. Pandullo                  ELHAM ROOHANI, ESQ.
                                                  ASSISTANT UNITED STATES ATTORNEY
11   _____
     MICHAEL R. PANDULLO, ESQ.
     *Attorney for Defendant Ryan Moskowitz*          /s/ Elham Roohani
12

13                                                _____
                                                  ELHAM ROOHANI, ESQ.
                                                  *Attorney for the United States*
14

15

16

17

18

19

20

21

22

23

24

2

MICHAEL R. PANDULLO
Nevada Bar No. 10707
700 South Third St.
Las Vegas, Nevada 89101
Telephone:  (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Ryan Moskowitz*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN MOSKOWITZ,<br><br>Defendant. | Case No. 2:14-CR-00265-JCM-VCF<br><br>**FINDINGS OF FACTS,<br>CONCLUSIONS OF LAW<br>AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.    Defendant is in custody and does not object to this continuance.

2.    Counsel has spoken to Assistant United States Attorney Elham Roohani and she has no opposition to the continuance.

3.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to effectively and thoroughly prepare for the sentencing hearing.

4.    Additionally, denial of this request could result in a miscarriage of justice.

5.    This is the fifth request to continue this sentencing hearing.

3

1

**CONCLUSIONS OF LAW**

2    The ends of justice served by granting said continuance outweigh the best interest of the

3    public and the defendant in a speedy trial, since the failure to grant said continuance would be

4    likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

5    opportunity within which to be able to effectively and thoroughly prepare for trial taking into

6    account the exercise of due diligence.

7    The additional time requested by this Stipulation is excludable in computing the time

8    within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

9    States Code Sections 3161(h)(1)(A), 361(h)(7) and Title 18, United States Code, Sections

10   3161(h)(8)(B) and 3161(h)(8)(B)(iv).

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18

19

20

21

22

23

24

**ORDER**

**IT IS HEREBY ORDERED** that sentencing currently scheduled for May 2, 2016, at the hour of 10:00 a.m., be vacated and continued to the **6th day of June, 2016 at 10:30 a.m**., in Courtroom 6A.

DATED April 29, 2016.

_____

UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Michael R. Pandullo

_____

MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Ryan Moskowitz*

5