DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar # 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00265-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** (Seventh Request) |
| vs. | |
| RYAN PATRICK MOSKOWITZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Michael R. Pandullo, Esq. counsel for the Defendant RYAN PATRICK MOSKOWITZ, that the sentencing currently scheduled for August 15, 2016, be vacated and be continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Assistant United States Attorney Elham Roohani will be traveling out of the district on the currently scheduled sentencing date.

2. Defense Counsel Michael Pandullo is coordinating further interviews of Defendant Moskowitz with the United States Probation Office.

1

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Government and Defendant sufficient time within which to effectively and thoroughly prepare for the sentencing hearing

4. The defendant is in custody, but does not object to the continuance.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the seventh requested continuance of sentencing from the parties.

DATED this 25th day of July, 2016.

| | |
|---|---|
| DANIEL G. BOGDEN, <br> United States Attorney | MICHAEL R. PANDULLO, ESQ. |
| By: */s/ Elham Roohani* <br> ELHAM ROOHANI <br> Assistant United States Attorney | By: */s/ Michael R. Pandullo* <br> MICHAEL R. PANDULLO, ESQ. <br> Counsel for Ryan Patrick Moskowitz |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN PATRICK MOSKOWITZ,<br><br>Defendant. | Case No.: 2:14-cr-00265-JCM-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Assistant United States Attorney Elham Roohani will be traveling out of the district on the currently scheduled sentencing date.
2. Defense Counsel Michael Pandullo is coordinating further interviews of Defendant Moskowitz with the United States Probation Office.
3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Government and Defendant sufficient time within which to effectively and thoroughly prepare for the sentencing hearing
4. The defendant is in custody, but does not object to the continuance.
5. The parties agree to the continuance.
6. Additionally, denial of this request for continuance could result in a miscarriage of justice.
7. This is the seventh requested continuance of sentencing from the parties.

…

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B), 3161(h)(7)(B)(iv), and 3161(h)(1)(D).

## ORDER

IT IS FURTHER ORDERED that the sentencing currently scheduled on August 15, 2016 at 10:00 a.m., be vacated and continued to **September 27, 2016 at 10:30 a.m.**

DATED July 28, 2016.

_____
UNITED STATES DISTRICT JUDGE